AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:23MJ94 | Date and time warrant executed: 10/24/23  10:10 AM | Copy of warrant and inventory left with: USPS |

Inventory made in the presence of:
TFO C. Guyer

Inventory of the property taken and name(s) of any person(s) seized:

Approp. 1oz of white pills

Nothing Follows

9h m 11/2/23

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 NOV -3 P 3:15
CLERK
SO. DIST. OF GA.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/2/23

_____
Executing officer's signature

K. McHoon
Printed name and title

## ATTACHMENT A

## DESCRIPTION OF THE ITEM TO BE SEARCHED

The Subject Parcel is currently located at the United States Postal Inspection, 9 Chatham Center South, Suite A, Savannah, GA 31405 and is described as follows:

## SUBJECT PARCEL

| | |
|---|---|
| USPS Tracking No.: | 9405 5362 0624 8499 3323 05 |
| Addressee: | Jabre Wright<br>20 Alfred St<br>Savannah, Ga 31408-3202 |
| Return Address: | James Debruyn<br>702 Glenview Ave<br>Glen Burnie MD 21061 |
| Class of Mail: | Priority Mail |
| Postage affixed: | $7.72 |
| Weight of Parcel: | 3 ounces |



## **ATTACHMENT B**

### **ITEMS TO BE SEARCHED FOR AND SEIZED**

Any and all controlled or illegal substances, drug trafficking proceeds, contraband, fruits of crime, and other items illegally possessed relating to violations of Title 21, United States Code, Sections 841(a)(1) and 846.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means           ☐ Original           ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>UNITED STATES POSTAL SERVICE PRIORITY<br>MAIL PACKAGE CONTAINING TRACKING NO.<br>9405 5362 0624 8499 3323 05 | )<br>)<br>)   Case No. 4:23MJ94<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     **Southern**     District of     **Georgia**
*(identify the person or describe the property to be searched and give its location)*:

The Subject Parcel set forth in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Items that constitute evidence of violations of Title 21 U.S.C. Sections 841(a)(1) and 846, as set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     **November 7, 2023**     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Hon. Benjamin W. Cheesbro**     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     **10/24/2023 10:03 am**           _____
                                                                                                     *Judge's signature*

City and state:     **Brunswick, Georgia**           **Benjamin W. Cheesbro, U.S. Magistrate Judge**
                                                                                                     *Printed name and title*